470 A.2d 1017

Viney v. McCormick, Appellant.

Argued September 7, 1983.   Leonard Zack, for appellant;  A. Balfour Smith, for appellee.

Before ROWLEY, POPOVICH and MONTGOMERY, JJ.

Order affirmed.

470 A.2d 1017

Wiley v. Septa.

Appeal of Southeastern Pennsylvania Transportation Authority.

Argued November 21, 1983.   Norman Hegge, Jr., for appellant;  Samuel Mychak, Jr., for Wiley, appellee;  Keith Wyatt, Assistant City Solicitor, for City of Philadelphia, appellee;  Thomas P. Fay, for Commonwealth, appellee.

Before MONTEMURO, WATKINS and CERCONE, JJ.

The order of the Court below granting the petition to strike is reversed, and the judgment is reinstated.